

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>VIDAL GUTIERREZ VARGAS,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>SACR 15-76-05<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of _Defendant_, IT IS ORDERED that a detention hearing is set for _Monday, May 9_, _2016_, at _1:00_ ☐ a.m. / ☒ p.m. before the Honorable _Karen E. Scott_, in Courtroom _6B_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: 5/5/16

U.S. ~~District Judge~~/Magistrate Judge  KAREN E. SCOTT

---

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

CR-66 (10/97)  Page 1 of 1